*Friday, May 11, 2001*

## MOTION DOCKET

85–1209.  **State v. Scott.**
Cuyahoga App. No. 48609. By entry filed April 25, 2001, this court ordered that appellant's sentence be carried into execution on Tuesday, the 15th day of May, 2001. In order to facilitate this court's timely consideration of any matters raised between now and May 15, 2001, relating to the execution of appellant's sentence,

IT IS ORDERED by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. XIV(1).

IT IS FURTHER ORDERED by the court that service of documents as required by S.Ct.Prac.R. XIV(2) shall be personal or by facsimile transmission.

IT IS FURTHER ORDERED by the court that counsel of record for the parties shall supply this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the Governor. A copy of the document shall be delivered to the office of the Clerk as soon as possible, either personally or by facsimile transmission.

*Monday, May 14, 2001*

## MOTION DOCKET

00–895.  **State v. Olvera.**
Williams App. Nos. WM–98–022 and WM–98–023. This cause came on for further consideration upon appellant's request for findings of fact/conclusions of law. Upon consideration thereof,

IT IS ORDERED by the court that the request for findings of fact/conclusions of law be, and hereby is, denied.

00–1064.  **State v. Olvera.**
Williams App. Nos. WM–98–022 and WM–98–023. This cause came on for further consideration upon appellant's request for findings of fact/conclusions of law. Upon consideration thereof,

IT IS ORDERED by the court that the request for findings of fact/conclusions of law be, and hereby is, denied.

## DISCIPLINARY DOCKET

01–627.  **Greene Cty. Bar Assn. v. Fodal.**
On March 30, 2001, and pursuant to Gov.Bar R. V(5a)(A)(1)(b), relator, Greene County Bar Association, filed with this court a motion for interim suspension pursuant to Gov.Bar R. V(5a), alleging that respondent, Joe R. Fodal, a.k.a. Joe Richard Fodal, has committed and continues to commit numerous violations of the Code of Professional Responsibility and poses a substantial risk to the public. Respondent did not file a response.

Upon consideration thereof and pursuant to Gov.Bar R. V(5a)(B), it is ordered and decreed that an interim remedial suspension be immediately entered against Joe R. Fodal, a.k.a. Joe Richard Fodal, Attorney Registration No. 0011515, last known business address in Fairborn, Ohio, and that the suspension be effective as of the date of this entry, pending final disposition of disciplinary proceedings predicated on the conduct threatening the serious harm.

IT IS FURTHER ORDERED that Joe R. Fodal, a.k.a. Joe Richard Fodal, immediately cease and desist from the practice of law in any form and is hereby forbidden to appear on behalf of another before any court, judge, commission, board, administrative agency, or other public authority.

IT IS FURTHER ORDERED that, effective immediately, he be forbidden to counsel or advise or